UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **COBY CHAMPAGNE** | CIVIL ACTION NO.: _____ |
| **VERSUS** | U.S. DISTRICT JUDGE: _____ |
| **UNITED STATES OF AMERICA** | MAGISTRATE JUDGE: _____ |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **COBY CHAMPAGNE**, a person of the full age of majority and resident and domiciliary of St. Martin Parish, Louisiana, who respectfully represents that:

1.

Made Defendant herein is the **UNITED STATES OF AMERICA,** through the UNITED STATES POSTAL SERVICE.

2.

Jurisdiction is proper pursuant to 28 U.S.C. 2671, et seq., commonly referred to as the Federal Tort Claims Act.

3.

Venue is proper in the United States District Court for the Western District of Louisiana because the car crash that forms the basis of this suit occurred in the Western District.

4.

On or about January 16, 2018, Plaintiff, Coby Champagne, driver of a 2016 Nissan Altima,

was traveling northbound on Doyle Melancon Road in St. Martin Parish, Louisiana.

5.

At approximately the same time on the same date, Linzie Lasha Carmouche ("Carmouche"), an employee of the United States Postal Service ("USPS"), was operating a mail truck owned by her employer, with permission, also traveling in the northbound lane on Doyle Melancon Road, was conducting her mail route and had stopped partially in the road to deliver mail to a customer's mail receptacle.

6.

Plaintiff began to pass Defendant's mail truck when Ms. Carmouche suddenly and without warning, made an abrupt left turn into the path of Plaintiff's vehicle, causing a crash.

7.

As a result of Ms. Carmouche's negligence, Plaintiff has suffered injuries to his neck, back, arms and hands.

8.

On September 12, 2018, Petitioner filed a claim with the National Tort Center by mail which receipt was verified by Brittany Lindsay in a letter dated September 27, 2018. To date, the parties have not been able to settle, so this suit is now timely.

9.

Petitioner alleges, upon information and belief, that the cause of the wreck described above was the negligence, fault, strict liability and/or acts or omissions of Carmouche, in the following non-exclusive particulars, acts and/or omissions:

    A.     Failing to maintain control of her vehicle;

2

    B.    Failing to use due diligent care;

    C.    Failing to be attentive while operating a motor vehicle;

    D.    Failing to maintain a proper lookout;

    E.    Driving in a generally careless and negligent manner;

    F.    Failing to adhere to the provisions of La. R.S. 32:58, which requires operators to drive in a careful and prudent manner;

    G.    Other acts of negligence and/or fault to be shown more fully at trial of this case.

10.

Petitioner alleges, upon information and belief, that Defendant, United States of America, through the USPS, insured the vehicle driven and operated by Carmouche, at all times relevant hereto, for the negligence, fault and/or strict liability of Carmouche, and/or otherwise provided coverage for the damages sustained by Petitioner as alleged herein and/or as may be proven at trial.

11.

Petitioner alleges, upon information and belief that, at all times relevant hereto, Carmouche was acting within the course and scope of her employment and in the line of duty with Defendant, United States of America, through the USPS, thereby rendering Defendant, United States of America, through USPS, vicariously liable for all damages occasioned by Carmouche.

12.

As a result of the above-described collision, petitioner, Coby Champagne, has suffered injuries, damages and losses, including, but not limited to, mental and physical pain and suffering in connection with injuries to his neck, back, right foot, bilateral upper extremities and other bodily injuries, as well as past and future medical expenses, property damage, loss of use, and other

damages that will be shown more fully at the trial of this matter, for which the Defendant is obligated to the petitioner in amounts that are reasonable in the premises.

13.

Plaintiff designates this matter as a Federal Tort Claim proceeding and asserts that his damages are $350,000.00, inclusive of all general and special damages that he is entitled to recover.

**WHEREFORE**, petitioner prays that Defendant herein be served and cited with this petition and, after all legal delays and due proceedings had, there be a judgment herein in favor of Coby Champagne and against Defendant, United States of America, through the United States Postal Service, jointly, severally and solidarily, for all damages as prayed for herein, together with legal interest from the date of judicial demand, until paid; for all costs of these proceedings; for punitive and/or exemplary damages; and for all general and equitable relief as this Court deems fit.

**Respectfully submitted,**

**CRAIG A. DAVIS**

*s//Craig A. Davis*
**CRAIG A. DAVIS**
*A Professional Law Corporation*
Bar Roll No. 23024
111 Mercury Street
Lafayette, Louisiana 70503
Telephone: 337/231-5351
Facsimile: 337/289-1219
**COUNSEL FOR PLAINTIFF**